FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

ORIGINAL

AUG 20 2007

JAMES N. HATTEN, CLERK
By B. Butting Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GWENDOLYN JONES GOLDER,<br>Plaintiff<br><br>vs.<br><br>PALISADES COLLECTION, L.L.C.,<br>Defendant | )<br>)<br>) CIVIL ACTION<br>) FILE NO.<br>) **1:07-CV-1992**<br>)<br>) JURY TRIAL DEMANDED<br>) |

## COMPLAINT

Plaintiff Gwendolyn Jones Golder, by and through counsel, brings this action against Defendant Palisades Collection, L.L.C. (hereinafter "Palisades") on the grounds and in the amounts set forth herein.

### I. PRELIMINARY STATEMENT

1. This action arises out of the facts and circumstances surrounding the collection of a consumer debt.

2. Plaintiff institutes this action for actual damages, statutory damages, attorney's fees, and the costs of this action against the Defendant for violation of the Fair Debt Collection Practices Act (hereinafter "FDCPA") 15 U.S.C. § 1692 *et seq.*

1

## II. PARTIES

1. Plaintiff Gwendolyn Jones Golder is a natural person, residing in Winder, Barrow County, Georgia.

2. Defendant Palisades is a foreign Georgia Corporation engaged in the business of collecting debts in the state of Georgia.

3. Defendant Palisades may be served via their Registered Agent for Service of Process: C T Corporation, 1201 Peachtree Street, Atlanta, Georgia 30361.

4. Defendant Palisades is engaged in the collection of debts from consumers using the mail and telephone.

5. Defendant Palisades regularly attempts to collect consumer debts alleged to be due to another.

6. Defendant Palisades is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## III. JURISDICTION AND VENUE

7. Jurisdiction is conferred on this Court by FDCPA, 15 U.S.C. §1692k(d), and 28 U.S.C. §1331.

8. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## IV. STATUTORY STRUCTURE

9. The FDCPA was passed to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. 15 U.S.C. § 1692.

10. Under the FDCPA, a "consumer" is any natural person obligated or allegedly obligated to pay any debt. 15 U.S.C. §1692a(3).

11. Under the FDCPA, "debt" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes. 15 U.S.C. § 1692a(5).

12. Under the FDCPA, a "debt collector" is any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another. 15 U.S.C. § 1692a(6).

13. Any debt collector who fails to comply with the provisions of the FDCPA is liable for any actual damages sustained; statutory damages up to $1,000; attorneys' fees as determined by the Court and costs of this action. 15 U.S.C. § 1692k.

## V. FACTUAL ALLEGATIONS

14. In approximately August 2003, Plaintiff opened a consumer purpose credit card account with HSBC Bank NV.

15. Upon information and belief, Plaintiff's HSBC Bank NV credit card account (hereinafter "credit card" or "debt") went into default in October 2004.

16. Upon information and belief, Defendant Palisades purchased the defaulted credit card account from HSBC Bank NV.

17. On or about March 13, 2007, Defendant Palisades began attempting to collect the debt.

18. Upon information and belief, Defendant Palisades has never sent the Plaintiff a notice of her right to dispute and request a validation of this debt.

19. On or about March 13, 2007, Defendant Palisades sent a letter to Plaintiff regarding the debt. Exhibit 1.

20. The March 13, 2007 letter attached hereto as Exhibit 1 does not disclose that it is a letter from a debt collector.

21. The March 13, 2007 letter attached hereto as Exhibit 1 from Defendant Palisades to Plaintiff was the only letter that Plaintiff received from the Defendant.

22. As of August 17, 2007, the Plaintiff has never received a notice of her right to dispute and request validation of this disputed debt.

23. As a result of the acts alleged above, Plaintiff has suffered damages.

## VI. CAUSES OF ACTION

24. Defendant Palisades violated the FDCPA by using false, deceptive, and/or misleading representations in connection with the collection of a debt, in violation of 15 U.S.C. § 1692e.

25. Defendant Palisades violated the FDCPA by using false representations and/or deceptive means to collect or attempt to collect on a debt, in violation of 15 U.S.C. § 1692e(10).

26. Defendant Palisades violated the FDCPA by failing to disclose in the March 13, 2007 initial written communication to Plaintiff that they were attempting to collect on a debt and any information obtained would be used for that purpose, in violation of 15 U.S.C. § 1692e(11).

27. Defendant Palisades violated the FDCPA by failing to disclose in the March 13, 2007 written communication that the communication was from a debt collector, in violation of 15 U.C.S. § 1692e(11).

28. Defendant Palisades violated the FDCPA by failing to provide the Plaintiff with a notice of debt and her rights to request validation of the debt, in violation of 15 U.S.C. § 1692g(a).

29. As a result of the foregoing violations of the FDCPA, Defendant Palisades is liable to the Plaintiff for actual damages, statutory damages, attorney fees, and costs in accordance with 15 U.S.C. § 1692k.

WHEREFORE, Plaintiff Gwendolyn Jones Golder prays that judgment be entered against Defendant Palisades Collection, L.L.C. for the following:

(1) Actual damages;

(2) Statutory damages in the amount of $1,000.00;

(3) Reasonable attorney's fees and costs;

(4) A jury trial on all issues so triable;

(5) Such other and further relief that the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a Trial by Jury on all Issues.

Dated: August 20, 2007.

        Respectfully submitted,

        LAW OFFICE OF LISA D. WRIGHT, LLC

        By: *(signature)*
        Lisa D. Wright
        Attorney for Plaintiff
        Georgia State Bar No. 268781

235 Peachtree Street NE, Suite 888
Atlanta, Georgia 30303
404-588-1181 (Office)
404-588-1182 (Fax)
attorneywright@prodigy.net

## VERIFICATION OF COMPLAINT AND CERTIFICATION BY PLAINTIFF

Plaintiff Gwendolyn Jones Golder states as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorney and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant, cause unnecessary delay to any Defendant, or create a needless increase in the cost of litigation to any Defendant named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

*Gwendolyn Jones Golder*
Gwendolyn Jones Golder
Plaintiff

**PALISADES COLLECTION, L.L.C.**
POST OFFICE BOX 1244
ENGLEWOOD CLIFFS, NJ 07632
Office Hours : **Mon - Fri 8am-8pm**
800-873-5648    201-308-9370  (Fax)

P.O. BOX 1244
ENGLEWOOD CLIFFS NJ 07632-0244

CHANGE SERVICE REQUESTED

#BWNKBHZ S-CDASTA10 L-PNL A-5703708
#57037087# P0993Z00913425 I26699
JONES,GWENDOLYN A
225 N 5TH AVE
WINDER GA 30680-1510

PALISADES COLLECTION L.L.C.
P.O. BOX 1244
ENGLEWOOD CLIFFS NJ 07632-0244

March 13, 2007

| Previous Creditor : | Account Number : |
|---|---|
| HSBC | 5440455002461013 |

✂ Detach Upper Portion For Mailing ✂

| Account Number : |
|---|
| 5440455002461013 |

Dear JONES,GWENDOLYN A:

We have purchased your account from HSBC. When permitted by law, we may report information about your account to credit bureaus. Consequently, late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you have any questions regarding this notice, please contact us at the toll free telephone number provided. This notice does not require you to take any action at this time.

Very truly yours,

**Palisades Collection, LLC**
**(800) 873-5648**

Please see reverse side for Privacy Notice



EXHIBIT
1